IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSEPH VINTON DONALDSON,

                **Petitioner,**

v.                                          CASE NO. 24-3108-JWL

DON LANGFORD,

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed by Petitioner and state prisoner Joseph Vinton Donaldson. On August 14, 2024, the Court granted Petitioner to and including September 16, 2024 in which to file an amended petition. (Doc. 3.) On September 18, 2024, Petitioner filed a motion for extension of time in which to file the amended petition, explaining that he did not receive the Court's order until August 29, 2024. (Doc. 4.)

The motion will be granted. The Court cautions Petitioner, however, that in the future he must submit motions to extend a deadline before the deadline has passed. Absent extraordinary circumstances, any future motions for extension of a deadline submitted after the deadline in question has passed will be denied.

**IT IS THEREFORE ORDERED** that the motion for extension of time **(Doc. 4)** is **granted**. Petitioner is granted to and including **October 22, 2024** in which to file his amended petition.

**IT IS SO ORDERED.**

DATED: This 19th day of September, 2024, at Kansas City, Kansas.

                                              S/ John W. Lungstrum
                                              JOHN W. LUNGSTRUM
                                              United States District Judge