IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JOSEPH VINTON DONALDSON,**

**Petitioner,**

v.                                                                                    CASE NO. 24-3108-JWL

**DON LANGFORD,**

**Respondent.**

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and state prisoner Joseph Vinton Donaldson (Doc. 1.) As required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court conducted an initial review of the petition and concluded that it failed to clearly identify the asserted grounds for relief. Thus, on August 14, 2024, the Court issued a memorandum and order (M&O) explaining that Rule 2(c) requires habeas petitioners to plead his or her grounds with particularity so that the respondent will be able to address them if the Court orders an answer to the petition. (Doc. 3, p. 3-4.) The M&O explained that the petition filed in this matter left the Court unable to discern Petitioner's claims and also that pages of the required, court-approved form were missing. *Id.* at 4-5. The Court granted Petitioner time in which to file an amended petition on the required form that complies with Rule 2(c). *Id.* at 6-7.

On September 18, 2024, Petitioner filed a motion for extension of time to file his amended petition. (Doc. 4.) The Court granted the motion the following day, extending the deadline until October 22, 2024. (Doc. 5.) On September 30, 2024, Petitioner filed his amended petition. (Doc. 6.) The Court reviewed the amended petition and concluded that it did not comply with the M&O.

1

(Doc. 7.) Thus, on September 30, 2024, the Court dismissed this matter without prejudice. *Id.*

On November 4, 2024, the Court received from Petitioner a motion for reconsideration and a motion for extension of time. (Docs. 10 and 11.) In light of the information set forth therein, the Court will grant the motions, order this case reopened, and grant Petitioner time in which to submit a second amended petition that complies with the M&O and states Petitioner's asserted grounds for relief with the clarity and particularity required by Rule 2(c). If Petitioner fails to timely do so, this matter will be dismissed without further prior notice to him.

The Court notes that Petitioner submitted his most recent filings by mail. (*See* Docs. 10-1 and 11-1.) Petitioner is reminded that he is incarcerated in a facility with mandatory electronic filing and he must follow the instructions available at the facility for transmitting filings electronically to the Court. If, for some reason, electronic filing is unavailable at the facility, Petitioner should inform the Court in any future filings submitted by mail of his efforts to electronically file. If he does not, the clerk's office may return documents submitted by mail to Petitioner without filing them.

**IT IS THEREFORE ORDERED** that the motions (Doc. 10 and 11) are **granted**. The clerk shall reopen this matter and provide Petitioner with the required form on which he may submit his second amended petition under 2254. Petitioner is granted to and including **December 19, 2024** in which to submit his second amended petition.

**IT IS SO ORDERED.**

DATED:   This 5th day of November, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge