IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSEPH VINTON DONALDSON,

                Petitioner,

     v.                                                   CASE NO. 24-3108-JWL

DON LANGFORD,

                Respondent.

**MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and state prisoner Joseph Vinton Donaldson. It comes before the Court on his second amended petition (Doc. 13), filed December 9, 2024.

The Court has reviewed Petitioner's filings and concludes that a limited Pre-Answer Response ("PAR") is appropriate. *See Wood v. Milyard*, 566 U.S. 463, 467 (2012); *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008). Accordingly, the Court directs Respondent to file a PAR limited to addressing the affirmative defenses of exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A) and procedural default on each of the grounds for relief asserted in the second amended petition. If Respondent does not intend to raise either of these affirmative defenses, Respondent shall notify the Court of that decision in writing in the PAR.

The PAR need not address the merits of the asserted grounds for relief. If this case proceeds past screening, Respondent will at that time be ordered to submit a fully developed answer in compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. The PAR, as stated above, should be limited to addressing the affirmative defenses of exhaustion and procedural default. Upon the filing of the PAR, Petitioner will be given time to

reply and at that time he may provide any information that may be relevant to any defenses identified in the PAR.

**IT IS THEREFORE ORDERD THAT** Respondent is granted to and including **February 10, 2025,** in which to file a Pre-Answer Response that complies with this order.

**IT IS FURTHER ORDERED THAT** Petitioner is granted to and including **March 10, 2025,** in which to file a reply to the Pre-Answer Response if he wishes to do so.

**IT IS SO ORDERED.**

DATED:   This 9th day of December, 2024, at Topeka, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge